# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-356 (RHK/RLE) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINES FOR FILING OBJECTIONS TO THE PRESENTENCE REPORT AND FILING SENTENCING POSITION PLEADINGS** |
| CHRISTIL ROSE ENGLERT, | |
| Defendant | |

The Court having reviewed Defendant's Second Joint Motion to Extend Deadlines for Filing Objections to Presentence Reports and Filing Sentencing Position Pleadings, and good cause appearing therefor, it is hereby

ORDERED that the parties' objections to the presentence reports are due on April 24, 2009.

IT IS FURTHER ORDERED that the parties' sentencing positions are due May 1, 2009.

THERE WILL BE NO FURTHER EXTENSIONS.

Dated: March 3, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge